**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

PIERRE L. TAYLOR,

       Plaintiff,                      Case. No. 2:21-cv-11675

v.                                       Hon. Nancy G. Edmunds

OFFICER FLORENCE, et al.,

       Defendants.
_____/

**JUDGMENT**

IT IS ORDERED AND ADJUDGED that pursuant to this Court's Order dated October 28, 2021, this cause of action is DISMISSED WITH PREJUDICE.

**SO ORDERED**.

                                             s/ Nancy G. Edmunds
                                             NANCY G. EDMUNDS
                                             UNITED STATES DISTRICT JUDGE

Dated:  October 28, 2021